IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAUL E. KERPELMAN and DONNA M. \*
KERPELMAN,
                                        \*
    Plaintiff
                                        \*
v.                                                          Civil Action No.
                                        \*
                                                            JFM-00-3493
THE CHUBB GROUP OF INSURANCE
COMPANIES, *et al.*                     \*

    Defendants                          \*


    \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having considered Plaintiffs and Defendants' Consent Motion to Stay this case, and for good cause shown, it is this 13th day of December ____, 2000,

**ORDERED**, that the Consent Motion to Stay be and is hereby Granted;

**ORDERED**, that this case be stayed to allow the parties time to mediate the issues in this case for ninety (90) days;

**ORDERED**, that the Parties shall file a status report with the Court on or before March 12, 2001 advising as to the status of the mediation to settle this case.

_____
JUDGE